UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Robert L. Wolfe,

    Plaintiff,

    v.

George P. McCarthy, et al.,
Judge, Athens County Court
of Common Pleas,

    Defendants.

Case No. 2:25-cv-92

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

The Magistrate Judge performed an initial screen of this pro se case, in which Plaintiff proceeds in forma pauperis. R&R, ECF No. 7. She noted this case is related to a previously filed case, and she issued a Report and Recommendation ("R&R") recommending the Court again dismiss Plaintiff's Complaint as partially barred by the *Rooker-Feldman* doctrine and because the defendants still enjoy immunity. *Id.* The R&R notified Plaintiff of his right to object to the recommendation contained therein and warned Plaintiff that a failure to timely object would forfeit his right to de novo review by the Court as well as the right to appeal the Court's adoption of the R&R. *Id.* at 6.

The deadline for objecting has passed, and Plaintiff failed to object. Accordingly, the Court **ADOPTS** the R&R without further review. Plaintiff's Complaint is **DISMISSED**.

IT IS SO ORDERED.

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT